**DAVID R. HOUSTON, ESQ.**
Nevada Bar No.  2131
**LAW OFFICE OF DAVID R. HOUSTON**
A Professional Law Corporation
432 Court Street
Reno, Nevada 89501
Telephone: 775.786.4188
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE: 3:18-CR-00077-MMD-WGC |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER FOR** |
| ABDUL MAJID, | ) | **EXTENSION OF TIME** |
| | ) | |
| Defendant, | ) | |
| | ) | |

COMES NOW, Defendant ABDUL MAJID, by and through his Attorney of Record,

DAVID R. HOUSTON, ESQ., Plaintiff UNITED STATES OF AMERICA, by and through its

Authorized Representative MEGAN RACHOW, ESQ., and hereby stipulate to a one-week

extension of time, extending the due date to April 10, 2019, for Defendant to file a Reply to the

Plaintiff's Response in Opposition (#45) to Defendant's Motion to Suppress (#40) that is

currently due on April 3, 2019.


ASSISTANT UNITED STATES                     LAW OFFICE OF DAVID R. HOUSTON
ATTORNEY


__/s/ Megan Rachow_____            __/s/ David Houston_____
MEGAN RACHOW, ESQ.                          DAVID R. HOUSTON, ESQ.
*Attorney for Plaintiff*                    *Attorney for Defendant Abdul Majid*
DATED this 29th day of March 2019           DATED this 29th day of March 2019

1

**ORDER**

Based upon the foregoing stipulation between the parties, IT IS HEREBY ORDERED that Defendant shall file a Reply to Plaintiff's Response in Opposition (#45) to Defendant's Motion to Suppress (#40) by Wednesday, April 10, 2019.

IT IS SO ORDERED.

DATED this 1st___ day of __April_____, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE